# UNITED STATES COURT OF APPEALS
### 157 CHURCH STREET
### NEW HAVEN, CT 06510-2030

CHAMBERS OF
JOHN M. WALKER, JR.
CIRCUIT JUDGE

(203) 773-2181

May 29, 2007

Committee on Financial Disclosure
Administrative Office of the United
 States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, DC 20544

Re:  Form AO 10 -Financial Disclosure Report
     Judge John M. Walker, Jr.
     Calendar Year 2006

Gentlemen:

        I write to amend my Financial Disclosure Report for calendar
year 2006 as follows:

        Section I.   Positions

        POSITION                NAME OF ORGANIZATION/ENTITY

        Director        Foundation for the Advancement of An
                        Independent Judiciary and the Rule of Law

        If you require anything further, please do not hesitate to
contact me.

                                Sincerely,

                                ▆▆▆▆▆▆▆▆▆▆
klb                             ▆▆▆ Walker, Jr.
                                Circuit Judge

| AO 10 Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2006 | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) Walker, John M | 2. Court or Organization 2d Circuit Court of Appeals | 3. Date of Report 05/9/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Senior Circuit Judge | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2006 to 12/31/2006 |
| 7. Chambers or Office Address United States Court of Appeals 157 Church Street New Haven, CT 06510 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Dwight D. Opperman Institute of Judicial Administration (formerly known as Institute of Judicial Administration) |
| 2. Past President | Federal Judges Association |
| 3. Director | U.S. Association of Constitutional Law |
| 4. Director | The CEELI Institute |
| 5. Director | American Society of International Law, Judicial Advisory Board |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 MAY 16 P 12: 17 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Walker, John M | 05/9/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. Feb-Apr | Income as Visiting Lecturer, Yale Law School | $ 10,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | American Society of International Law | Jan 12-13, New York, NY Meeting of Board of Directors (hotel, transportation, meals) |
| 2. | American Judicature Society | Apr 10-11, New York, NY Meeting of the Devitt Award Committee (hotel, transportation, meals) |
| 3. | New York State Bar Association | May 6-7, New York, NY Recipient of the Haigf Award (hotel, transportation, meals) |
| 4. | Federal Judges Association | May 7-9, Pentagon City, Virginia Quadrennial Conference (hotel, transportation, meals) |
| 5. | American Bar Association, CEELI | July 13-15 Prague, Czech Republic Meeting of Board Directors & Conference (hotel, |

| | transportation, meals) |
|---|---|
| 6. American Bar Association | Sept 16-17 Chicago, Illinois Rule of Law Symposium (hotel, transportation, meals) |
| 7. American Bar Association, CEELI | Nov 4-Nov 15 Tirana, Albania Rule of Law Symposium (hotel, transportation, meals) |

| Name of Person Reporting | Date of Report |
|---|---|
| Walker, John M | 05/9/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. Investments and Trusts

| Description of Assets | A. | | B. | | C. | | D. | | | |
| | | Income during reporting period | | Gross Value at end of reporting period | | Transactions during reporting period | | | | |
| | | | | | | | If not exempt from disclosure | | | |
| | | (1) | (2) | (1) | (2) | (1) | (2) | (3) | (4) | (5) |
| | | Amount Code | Type | Value Code | Value Method | Type | Date: Month/day | Value Code | Gain Code | Identity of buyer/seller if private trans |
| --COMMON STOCK-- | | | | | | | | | | |
| ABERCROMBIE & FITCH CO. | | A | DIVIDEND | | | BUY | 10/26 | L | | |
| | | | | | | SELL | 11/30 | L | | |
| AMERICAN INT'L GROUP | | | None | | | SELL | 2/2 | L | B | |
| AMGEN INC. | | | None | | | SELL | 5/17 | K | D | |
| APOLLO GROUP | | | None | | | BUY | 3/16 | J | | |
| | | | | | | SELL | 10/20 | K | | |
| AUTO ZONE | | | None | K | T | Partial Sale | 10/25 | K | D | |
| BED BATH & BEYOND INC | | | None | K | T | | | | | |
| BRIGHT HORIZON FAMILY SOLUTIONS INC | | | None | K | T | | | | | |
| CARDINAL HEALTH INC COM | | A | DIVIDEND | K | T | | | | | |
| CHEVRON CORP | | B | DIVIDEND | L | T | BUY | 3/8 | J | | |
| CINTAS CORP. | | | None | K | T | BUY | 3/8 | K | | |
| CISCO SYST. INC | | | None | L | T | | | | | |
| COGENT INC | | | None | | | BUY | 7/25 | K | | |
| | | | | | | SELL | 10/31 | K | | |
| DIGENE CORP. | | | None | L | T | BUY | 3/8 | J | | |
| EBAY | | | None | | | SELL | 7/21 | K | C | |
| EMC CORP. | | | None | | | BUY | 1/13 | K | | |
| | | | | | | SELL | 10/17 | K | | |
| ENCANA CORP | | A | DIVIDEND | | | BUY | 10/20 | L | | |
| | | | | | | SELL | 12/22 | L | | |
| GENERAL ELECTRIC CO. | | | None | J | T | | | | | |
| INTERNATIONAL BUSINESS MACHINES CORP | | A | DIVIDEND | L | T | | | | | |
| INVITROGEN CORP. | | | None | L | T | | | | | |
| LOWES CO. INC. | | A | DIVIDEND | L | T | BUY | 11/9 | K | | |
| | | | | | | Partial Sale | 5/22 | K | B | |
| LUKOIL | | | None | K | T | BUY | 11/2 | J | | |
| MEDTRONIC INC | | A | DIVIDEND | K | T | Partial Sale | 10/26 | K | | |

## VII. Investments and Trusts

| Description of Assets | A. | | B. Income during reporting period | | C. Gross Value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | (1) | (2) | (1) | (2) | (1) | (2) | (3) | (4) | (5) |
| | | | Amount Code | Type | Value Code | Value Method | Type | Date: Month/day | Value Code | Gain Code | Identity of buyer/seller if private trans |
| MICROSOFT CORP. | A | | DIVIDEND | | K | T | | | | | |
| MORGAN STANLEY D W | A | | DIVIDEND | | L | T | BUY | 10/31 | J | | |
| ODYSSEY HEALTHCARE | | | None | | K | T | | | | | |
| ORACLE CORPORATION | | | None | | L | T | BUY | 3/22 | K | | |
| PEPSICO INC. | A | | DIVIDEND | | L | T | BUY | 3/8 | K | | |
| RED HAT INC. COMPANY | | | None | | K | T | BUY | 12/18 | K | | |
| | | | | | | | Partial Sale | 11/3 | J | | |
| ROBERT HALF INTERNATIONAL INC | A | | DIVIDEND | | L | T | BUY | 11/9 | L | | |
| ROCHE HOLDINGS LTD | | | None | | K | T | BUY | 9/18 | K | | |
| SASOL LTD ADR | B | | DIVIDEND | | | | SELL | 10/19 | L | C | |
| SMUCKER JM & CO | A | | DIVIDEND | | K | T | | | | | |
| UNITED SURGICAL PARTNERS | | | None | | L | T | BUY | 12/13 | J | | |
| UNITEDHEALTH GROUP INC | A | | DIVIDEND | | L | T | BUY | 3/8 | J | | |
| URSTADT BIDDLE PPT A | B | | DIVIDEND | | K | T | | | | | |
| VALERO ENERGY CORP | A | | DIVIDEND | | L | T | BUY | 11/1 | L | | |
| VARIAN MEDICAL SYSTEMS | | | None | | L | T | | | | | |
| WAL MART STORES INC | B | | DIVIDEND | | M | T | | | | | |
| WALGREEN CO. | A | | DIVIDEND | | L | T | BUY | 3/8 | K | | |
| WASHINGTON MUTUAL | A | | DIVIDEND | | | | SELL | 6/13 | K | C | |
| WELLS FARGO & CO | A | | DIVIDEND | | | | BUY | 3/8 | K | | |
| | | | | | | | SELL | 10/13 | K | C | |
| WHOLE FOODS MKT INC | C | | DIVIDEND | | L | T | BUY | 11/8 | K | | |
| | | | | | | | Partial Sale | 11/3 | K | E | |
| --CASH & EQUIVALENTS-- | | | | | | | | | | | |
| PERSHING GOVERNMENT ACCOUNT | | | None | | M | T | | | | | |
| PRIME MANAGEMENT OBLIGATIONS CAP. | C | | DIVIDEND | | M | T | | | | | |

**FINANCIAL DISCLOSURE REPORT**

**For:** Walker, Jr., John M.

## VII. Investments and Trusts

| Description of Assets | B. Income during reporting period | | C. Gross Value at end of reporting period | | D. Transactions during reporting period (If not exempt from disclosure) | | | | |
|---|---|---|---|---|---|---|---|---|---|
| A. | (1) Amount Code | (2) Type | (1) Value Code | (2) Value Method | (1) Type | (2) Date: Month/day | (3) Value Code | (4) Gain Code | (5) Identity of buyer/seller if private trans |
| --CORPORATE BONDS-- | | | | | | | | | |
| HOUSEHOLD FINANCE | C | INTEREST | L | T | | | | | |
| --BANK ACCOUNTS-- | | | | | | | | | |
| BANK OF AMERICA | A | INTEREST | J | T | | | | | |
| CITIBANK | A | INTEREST | J | T | | | | | |
| PEOPLES BANK | A | INTEREST | J | T | | | | | |
| --OTHER INVESTMENTS-- | | | | | | | | | |
| RESIDENTIAL RENTAL, LEW BEACH NY Assessed Value: $610,000 | D | RENT | O | S | | | | | |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____

Date___ May 10, 2007

NOTE: ANY INDIVI       TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
AND CRIMINAL SA

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544